UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| THE GATEWAY VENTURES, LLC, | § § | CASE NO. 21-30071-CGB |
| Debtor. | § § § | CHAPTER 7 |
| | § | |
| LEGALIST DIP GP, LLC, LEGALIST DIP FUND I, LP and LEGALIST DIP SPV II, LP, GATEWAY EL PASO, LLC, | § § § § § | ADVERSARY NO. 25-03004-CGB |
| Plaintiffs, | § § | |
| v. | § § | |
| THE GATEWAY VENTURES, LLC, TAXCORE LENDING, LLC, | § § § | |
| Defendants. | § | |

**SECOND STIPULATION
EXTENDING TIME TO RESPOND TO SUMMARY JUDGMENT**

Plaintiffs Legalist DIP GP, LLC, Legalist DIP Fund I, LP and Legalist DIP SPV II, LP, and Gateway El Paso, LLC, ("**Legalist**"), by and through their undersigned counsel, and the defendant, TaxCORE Lending, LLC, (the "**Defendant**"), by and through its counsel, hereby stipulate and agree that the period of time within which Legalist must move or otherwise respond to the summary judgment motion filed by the Defendant in the above captioned adversary proceeding is extended to and including **October 3, 2025**, without prejudice to such further extensions of time, which may be obtained on consent of both the parties or otherwise ordered by the United States Bankruptcy Court for the Western District of Texas.

Legalist and Defendant further stipulate that Exhibit S and Exhibit T to Defendant's Motion for Summary Judgment and Brief in Support [Docket No. 27] are authentic duplicates of the originals of such documents for purposes of Federal Rules of Evidence 104, 902 and 1003.

Legalist and the Defendant expressly reserve all their respective rights, remedies, claims, counterclaims, and/or defenses.

**AGREED AND STIPULATED:**

Dated: September 30, 2025

/s/ *Richard J. Corbi*
Richard J. Corbi
(admitted *pro hac vice*)
**THE LAW OFFICES OF
RICHARD J. CORBI PLLC**
104 West 40th Street, 4th Floor
New York, NY 10018
Phone: 646-571-2033
Email: rcorbi@corbilaw.com

*Counsel to Legalist DIP Fund I, LP;
Legalist DIP SVP II, LP; Legalist DIP GP, LLC;
and Gateway El Paso, LLC*

-and-

/s/ *Frances A. Smith*
Frances A. Smith
State Bar No. SBN 24033084
**ROSS & SMITH, PC**
700 N. Pearl Street, Ste. 1610
Dallas, Texas 75201
Tel.: (214) 377-7879
Fax: (214) 377-9409
Email: frances.smith@ross-and-smith.com

*Texas Counsel to Legalist DIP Fund I, LP;
Legalist DIP SVP II, LP; Legalist DIP GP, LLC;
and Gateway El Paso, LLC*

/s/ *Howard Marc Spector*
Howard Marc Spector
TBA#00785023
Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
Email: hspector@spectorcox.com

ATTORNEY FOR
TaxCORE LENDING, LLC

**SECOND STIPULATION
EXTENDING TIME TO RESPOND TO SUMMARY JUDGMENT**   Page 2

## CERTIFICATE OF SERVICE

I certify that on September 30, 2025, I caused to be served a true and correct copy of this stipulation via the Court's Electronic Case Filing System and/or email which includes the parties listed below as indicated.

/s/ Frances A. Smith
Frances A. Smith

**Defendant**
The Gateway Ventures, LLC
c/o Michael Dixson
12912 Hill Country Blvd F235
Bee Cave, TX 78738
Email: mdixson@pdgatx.com
Served via Email

**Counsel for Defendant**
TaxCORE Lending, LLC
Sarah M Cox
Spector & Cox, PLLC
12770 Coit Rd., Ste. 850
Dallas, TX 75251
214-310-1321
Email: sarah@spectorcox.com
Served via ECF

Howard Marc Spector
Spector & Cox, PLLC
12770 Coit Rd
Suite 850
Dallas, TX 75251
214-365-5377
Email: hspector@spectorcox.com
Served via ECF

**Chapter 7 Trustee**
Ronald E. Ingalls
PO Box 2867
Fredericksburg, TX 78624
Email: ingallstrustee@gmail.com
Served via ECF

**Counsel for Chapter 7 Trustee**
Clyde Pine, Jr.
Mounce, Green, Myers, Safi, Paxson & Galatzan, P.C.
PO Drawer 1977
El Paso, Texas 79950-1977
Email: pine@mgmsg.com
Serfved via ECF

**US Trustee**
James Rose
615 E Houston St, Ste 533
San Antonio, TX 78205-2055
Email: james.rose@usdoj.gov
Served via ECF